FILED
CLERK, U.S. DISTRICT COURT

SEP - 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY W. AGUILAR,<br><br>        Petitioner,<br><br>    v.<br><br>A.K. SCRIBNER, Warden,<br><br>        Respondent. | NO. CV 06-06490 AG (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: AUG 31, 2008

                                      ANDREW J. GUILFORD
                                      UNITED STATES DISTRICT JUDGE